IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL FISHER,　　　　　　　　　　　　　　No. C-09-00028 EDL

　　　　　Plaintiff,　　　　　　　　　　　　　**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO SHORTEN TIME**

　　v.

WELLS FARGO AND COMPANY,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　／

On January 9, 2009, Plaintiff filed a motion to shorten time to hear Plaintiff's motion for preliminary injunction on January 27, 2009. Pursuant to Civil Local Rule 6-3(c), Defendant has until January 14, 2009 to respond to the motion to shorten time. However, because time is of the essence if shortened time is granted, Defendant shall file any opposition to the motion to shorten time no later than January 13, 2009 at 9:00 a.m. No reply shall be filed.

**IT IS SO ORDERED.**

Dated: January 9, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge