Lisa M. Carvalho (SBN 161420)
Email:  lcarvalho@reedsmith.com
Eric G. Wallis (SBN 67926)
Email: ewallis@reedsmith.com
Renee C. Feldman (SBN 253877)
Email:  RFeldman@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FISHER,<br><br>               Plaintiff,<br><br>       vs.<br><br>WELLS FARGO & CO., WELLS FARGO INVESTMENTS, LLC, and WELLS FARGO BANK, N.A.,<br><br>               Defendants. | No.: CV-09-0028-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTIONS TO DISMISS/STRIKE** |

<u>STIPULATION</u>

1.      Plaintiff's Motion for Preliminary Injunction is specially set for hearing before this Court on Thursday, February 26, 2009.

2.      Defendants' Motions to Dismiss and to Strike are regularly set for hearing before this Court the following Tuesday, March 3, 2009.

3.      Among the issues on the Motions, both Plaintiff's Motion and Defendants' Motion address the issue of this Court's jurisdiction in this action.

4.      Plaintiff's counsel are located in Washington, D.C.; at least one of them will travel to San Francisco to appear at hearings in this matter.

5.    Subject to this Court's approval, in the interests of judicial economy and efficiency for the parties, Plaintiff and Defendants, through counsel, hereby stipulate to the consolidation, to February 26, 2009, of the hearings on the Motion for Preliminary Injunction and the Motions to Dismiss and to Strike.

6.    Subject to the Court's approval, Plaintiff and Defendants, through counsel, stipulate that the schedule for the remaining briefing on all affected Motions shall remain unchanged, namely:

    a.    Plaintiff's Opposition to Defendants' Motions to Dismiss and to Strike:  Due on February 10, 2009;

    b.    Plaintiff's Reply on his Motion for Preliminary Injunction:  Due on February 12, 2009; and

    c.    Defendants' Reply on their Motions to Dismiss and to Strike:  Due on February 17, 2009.

IT IS SO STIPULATED.

DATED:  February 9, 2009        THE EMPLOYMENT LAW GROUP

By   */s/ Jason Zuckerman*
    Jason Zuckerman
    R. Scott Oswald
    Attorneys for Plaintiff

DATED:  February 9, 2009        REED SMITH LLP

By   */s/ Lisa Carvalho*
    Lisa M. Carvalho
    Eric Wallis
    Renee Feldman
    Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

DATED:  February 10, 2009        _____
    Hon. Elizabeth D. Laporte
    U.S. District Court Judge

US_ACTIVE-101154595