R. SCOTT OSWALD, *pro hac vice*
JASON M. ZUCKERMAN, *pro hac vice*
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
soswald@employmentlawgroup.com
jzuckerman@employmentlawgroup.com
(202) 261-2810
(202) 261-2835 (facsimile)

Attorneys for Plaintiff,
DANIEL FISHER

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL FISHER** ) | Case No. 3:09-CV-0028 (EDL) |
| ) | |
| **Plaintiff,** ) | |
| ) | **STIPULATION AND** |
| v. ) | **[PROPOSED] ORDER ON** |
| ) | **DEFENDANTS' MOTION TO** |
| **WELLS FARGO & COMPANY, et al.** ) | **STRIKE** |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## STIPULATION

1. Plaintiff filed a Complaint on January 6, 2009.  In the Prayer for Relief, Plaintiff asked the Court to reinstate the Plaintiff to his former position, according to the terms set forth in the Secretary of Labor's Findings and Order, "and to comply in all respects with the Order," pending issuance of a Final Order.

2. Defendants filed a Motion to Strike on January 27, 2009, asking the Court to strike the language that read, "and to comply in all respects with the Order."

1  3. Defendants' Motion to Strike is specially set for hearing before this Court on ~~Thursday, February 26, 2009~~. April 14, 2009.

4. Subject to this Court's approval, Plaintiff and Defendants, through counsel, stipulate that the words "and to comply in all respects with the Order" shall be stricken from the Prayer for Relief.

5. Defendants reserve all rights and objections relating to Plaintiff's inclusion of this language in his original prayer for relief, including, without limitation, any claim to, or offset of, attorneys' fees and costs, and any other matter.

IT IS SO STIPULATED.

DATED: February 20, 2009                    THE EMPLOYMENT LAW GROUP, PC

                                             /S/
                                         By _____
                                             Jason M. Zuckerman
                                             R. Scott Oswald
                                             Attorneys for Plaintiff

DATED: February 20, 2009                    REED SMITH LLP

                                             /S/
                                         By _____
                                             Lisa M. Carvalho
                                             Eric Wallis
                                             Renee Feldman
                                             Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED: February _26_, 2009          _____
                                    Hon. Elizabeth D. Laporte
                                    United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

- 2 -

CASE NO. 3:09-CV-0028 (EDL)
STIPULATION AND [PROPOSED] ORDER ON DEFENDANTS' MOTION TO STRIKE