1   Lisa M. Carvalho (SBN 161420)
    Email:  lcarvalho@reedsmith.com
2   Eric G. Wallis (SBN 67926)
    Email: ewallis@reedsmith.com
3   Renee C. Feldman (SBN 253877)
    Email:  RFeldman@reedsmith.com
4   REED SMITH LLP
    1999 Harrison Street, Suite 2400
5   Oakland, CA  94612-3572

6   **Mailing Address:**
    P.O. Box 2084
7   Oakland, CA  94604-2084

8   Telephone:     +1 510 763 2000
    Facsimile:     +1 510 273 8832
9
    Attorneys for Defendants
10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13   DANIEL FISHER,                      No.: CV-09-0028-EDL

14              Plaintiff,               **STIPULATION AND [~~PROPOSED~~]
                                         ORDER CONTINUING CONSOLIDATED**
15       vs.                             **HEARINGS ON PLAINTIFF'S MOTION
                                         FOR PRELIMINARY INJUNCTION AND**
16   WELLS FARGO & CO., WELLS FARGO      **DEFENDANT'S MOTIONS TO**
     INVESTMENTS, LLC, and WELLS FARGO   **DISMISS/STRIKE AND AFFIRMING**
17   BANK, N.A.,                         **STAY OF COURT PROCEEDINGS**

18              Defendants.

19

20       Whereas, on February 24, 2009, this Court entered its Stipulation and Order continuing the

21   consolidated hearings on Plaintiff's Motion for Preliminary Injunction and Defendants' Motions to

22   Dismiss and to Strike to Tuesday, April 14, 2009, at 9:00 a.m., and staying all other proceedings

23   herein pending the parties' settlement efforts, and

24

25       Whereas, Plaintiff and Defendants wish to continue the consolidated hearings further and

26   continue the stay on all other proceedings in this action in order for the parties to engage further in

27   settlement discussions, including mediation,

28

– 1 –

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND STAY OF COURT PROCEEDINGS
Fisher v. Wells Fargo – CV-09-0028-EDL

1        IT IS HEREBY STIPULATED that an order may be entered: (1) continuing the hearings on

2   the above-described Motions from April 14, 2009 at 9:00 a.m., to May 19, 2009 at 9:00 a.m., and

3   (2) affirming the stay on all proceedings in this action until further order of the Court.

4

5   DATED:  April 8, 2009                THE EMPLOYMENT LAW GROUP

6

7                                        By     /s/ Jason Zuckerman
                                            Jason Zuckerman
                                            R. Scott Oswald
8                                           Attorneys for Plaintiff

9

10  DATED:  April 8, 2009                REED SMITH LLP

11                                       By     /s/ Lisa Carvalho
                                            Lisa M. Carvalho
12                                          Eric Wallis
                                            Renee Feldman
13                                          Attorneys for Defendants

14

15        IT IS SO ORDERED.

16

17  DATED:  April __8__, 2009

18  Hon. Elizabeth D. Laporte
    U.S. District Court Judge

19

20  US_ACTIVE-101448321

21

22

23

24

25

26

27

28