Lisa M. Carvalho (SBN 161420)
Email: lcarvalho@reedsmith.com
Eric G. Wallis (SBN 67926)
Email: ewallis@reedsmith.com
Renee C. Feldman (SBN 253877)
Email: RFeldman@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:      +1 510 763 2000
Facsimile:      +1 510 273 8832

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FISHER,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO & CO., WELLS FARGO INVESTMENTS, LLC, and WELLS FARGO BANK, N.A.,<br><br>            Defendants. | No.: CV-09-0028-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CONSOLIDATED HEARINGS ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTIONS TO DISMISS/STRIKE AND AFFIRMING STAY OF COURT PROCEEDINGS** |

Whereas, on April 8, 2009, this Court entered its [Stipulated] Order continuing the consolidated hearings on Plaintiff's Motion for Preliminary Injunction and Defendants' Motions to Dismiss and to Strike to Tuesday, May 19, 2009, at 9:00 a.m., and continuing the stay on all other proceedings herein pending the parties' settlement efforts, and

Whereas, Plaintiff and Defendants wish to continue the consolidated hearings further and continue the stay on all other proceedings in this action in order for the parties to engage further in settlement discussions, including mediation that is scheduled for June 10, 2009,

– 1 –

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND STAY OF COURT PROCEEDINGS
Fisher v. Wells Fargo – CV-09-0028-EDL

IT IS HEREBY STIPULATED that an order may be entered: (1) continuing the hearings on the above-described Motions from May 19, 2009 at 9:00 a.m., to August 18, 2009 at 9:00 a.m., and (2) affirming the stay on all proceedings in this action until further order of the Court.

DATED:  May 12, 2009          THE EMPLOYMENT LAW GROUP

By  */s/ Jason Zuckerman*
   Jason Zuckerman
   R. Scott Oswald
   Attorneys for Plaintiff

DATED:  May 12, 2009          REED SMITH LLP

By  */s/ Lisa Carvalho*
   Lisa M. Carvalho
   Eric Wallis
   Renee Feldman
   Attorneys for Defendants

IT IS SO ORDERED.

DATED:  May 13, 2009          _____
                              Hon. Elizabeth D. Laporte
                              U.S. District Court Magistrate Judge

US_ACTIVE-101594822

– 2 –